UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT BYRON LEE,

        Petitioner,

   v.

STATE OF WASHINGTON,

        Respondent.

CASE NO. 3:17-CV-05002-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: FEBRUARY 17, 2017

On January 3, 2017, petitioner filed a motion for leave to proceed *in forma pauperis* (IFP). Dkt. 1. Petitioner paid the $5.00 filing fee on January 23, 2017. *See* Dkt. entry dated January 23, 2017. Therefore, the undersigned recommends that the Court deny his IFP motion as moot.

Pursuant to 28 U.S.C.§ 636(b)(1) and Fed. R. Civ. P. 72(b), Petitioner shall have fourteen (14) days from service of this Report and Recommendation to file written objections thereto. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit

1 imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **February 17,**
2 **2017**, as noted in the caption.

3     Dated this 27th day of January, 2017.

*[signature]*

J. Richard Creatura
United States Magistrate Judge