UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT BYRON LEE,

           Petitioner,

v.

MARGARET GILBERT,

           Respondent.

CASE NO. C17-5002 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Petitioner's motion for IFP is **DENIED as moot** since he paid the $5.00 filing fee on January 23, 2017.

Dated this 28th day of February, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER